# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING CO.,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 2:24-CV-00181-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

In accordance with the Joint Motion, it is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| Original Date | Amended Date | Event |
|---|---|---|
| July 5, 2024 (2 Weeks Before Scheduling Conference) | **July 18, 2024** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| July 25, 2024 (1 Week After Scheduling Conference) | **August 8, 2024** | Join Additional Parties |
| August 8, 2024 (3 Weeks After Scheduling Conference) | **August 22, 2024** | Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) |
| August 28, 2024 (6 Weeks After Scheduling Conference) | **September 12, 2024** | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions)<br><br>Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |