# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CERENCE OPERATING COMPANY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00181-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Pleadings and Infringement Contentions. **Dkt. No. 82.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that Plaintiff's amended Complaint attached to the Motion is deemed filed and served as of today's date. Plaintiff is further given leave to amend its infringement contentions served in this case on July 18, 2024, to include Cerence's claim for patent infringement of U.S. Patent No. 9,026,428.

**SIGNED this 17th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE