# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING COMPANY, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:24-cv-00181-JRG-RSP |

## ORDER

Before the Court is the Defendants' Motion for Leave to Supplement Claim Construction Disclosures filed by Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 87**. After consideration, the Motion is **GRANTED**,

**SIGNED** this 19th day of August, 2025.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE