IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-00181-JRG-RSP |

**JOINT REPORT PURSUANT TO THE DISCOVERY ORDER DKT. NO. 43 ¶ 9 (C) AND (D) REGARDING DKT. NO. 86 DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. MOTION TO COMPEL**

On August 27, 2025 the lead and local counsel for Samsung and Cerence met and conferred. Cerence stated that it (a) has produced its core technical documents, (b) is producing additional source code regarding data structures for Cerence Assistant and developer documentation, (c) is supplementing its response to interrogatory number 4 to identify all relevant product releases since Cerence's inception in 2019, and (d) has responded fully to interrogatory number 9 based on its current knowledge. As to the above issues (a), (b), and (c), Samsung continues to believe that Cerence's claims regarding the completeness of its productions and discovery responses are inaccurate. As to the above issue (d), in light of Cerence's representation that is has no further information to produce, Samsung will accept Cerence's representation and withdraw the part of its motion to compel directed to Interrogatory No. 9.

Dated: September 3, 2025

<table>
<tr><td>

*/s/ Ben Wang*

RUSS AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Benjamin T. Wang, SBN 228712
Email: bwang@raklaw.com
Paul A. Kroeger, SBN 229074
Email: pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
Email: aweiss@raklaw.com
Qi (Peter) Tong, SBN 300347
Email: ptong@raklaw.com
Shani M. Williams, SBN 274509
Email: swilliams@raklaw.com
James S. Tsuei, SBN 285530
Email: jtsuei@raklaw.com
Daniel Kolko, SBN 341680
Email: dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff Cerence Operating Company**

</td><td>

*/s/ Matthew W. Wolf*

Matthew W. Wolf
matthew.wolf@arnoldporter.com
Jin-Suk Park
jin.park@arnoldporter.com
Ali R. Sharifahmadian
Ali.Sharifahmadian@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Patrick C. Reidy
patrick.reidy@arnoldporter.com
Brent P. Ray
brent.ray@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL  60602
Telephone: (312) 583-2424
Facsimile: (312) 583-2360

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**Attorney for Defendants
Samsung Electronics Company, Ltd., and
Samsung Electronics America, Inc.**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2025, I caused a copy of the foregoing **JOINT REPORT PURSUANT TO THE DISCOVERY ORDER DKT. NO. 43 ¶ 9 (C) AND (D) REGARDING DKT. NO. 86 DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. MOTION TO COMPEL** using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s Melissa R. Smith*