# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING CO., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Case No. 2:24-cv-00181-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Cerence Operating Co. ("Cerence") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully provide as follows:

1. The Parties hereby notify the Court that all matters in controversy between the Parties have settled in principle, and request that the Court stay all unreached deadlines until November 20, 2025.

2. A stay in this matter would conserve the resources of the Parties and Court and ensure that the Parties can focus on finalizing and executing the long-form settlement agreement. In addition, the requested amount of time is requested because of several upcoming Korean national holidays, and because both Parties are practicing entities and the agreement has to address the patents asserted by both Parties against each other..

3. In furtherance of the agreement in principle, the Parties expect to file dismissal papers by November 20, 2025.

4. This motion is not being made for the purpose of delay, but rather is made in the interest of justice, to limit expenses, and preserve judicial resources.

## RELIEF REQUESTED

The Parties respectfully request that the Court enter a stay of all deadlines until November 20, 2025 in the form of the proposed order submitted concurrently with this Motion.

Dated: October 2, 2025                                              Respectfully submitted,

/s/ *Benjamin T. Wang*  
  Marc A. Fenster, SBN 181067  
  Email: mfenster@raklaw.com  
  Benjamin T. Wang, SBN 228712  
  Email: bwang@raklaw.com  
  Andrew D. Weiss, SBN 232974  
  Email: aweiss@raklaw.com  
  Qi (Peter) Tong, SBN 300347  
  Email: ptong@raklaw.com  
  Shani Williams, SBN 274509  
  Email: swilliams@raklaw.com  
  Jonathan Link, SBN 463141  
  Email: jlink@raklaw.com  
  James S. Tsuei, SBN 285530  
  Email: jtsuei@raklaw.com  
  Minna Y. Chan, SBN 305941  
  Email: mchan@raklaw.com  
  Daniel Kolko, SBN 341680  
  Email: dkolko@raklaw.com  
  **RUSS AUGUST & KABAT**  
  12424 Wilshire Boulevard, 12th Floor  
  Los Angeles, California 90025  
  Telephone: (310) 826-7474  
  Facsimile: (310) 826-6991

  *Attorneys for Plaintiff*  
*Cerence Operating Company*

/s/ *Patrick C. Reidy*  
Melissa R. Smith  
Texas Bar No. 24001351  
melissa@gillamsmithlaw.com  
**GILLAM & SMITH, LLP**  
303 South Washington Avenue  
Marshall, Texas 75670  
Telephone: (903) 934-8450  
Facsimile: (903) 934-9257

Jin-Suk Park  
jin.park@arnoldporter.com  
Ali Sharifahmadian (Pro Hac Vice)  
ali.sharifahmadian@arnoldporter.com  
**ARNOLD & PORTER KAYE SCHOLER LLP**  
601 Massachusetts Ave., NW  
Washington, DC 20001-3743  
Telephone: (202) 942-5000  
Facsimile: (202) 942-5555

Patrick C. Reidy  
patrick.reidy@arnoldporter.com  
Raj Patel (Pro Hac Vice)  
raj.patel@arnoldporter.com  
**ARNOLD & PORTER KAYE SCHOLER LLP**  
70 West Madison Street, Suite 4200  
Chicago, IL 60602-4231  
312-583-2424  
Fax: 312-583-2360

Ryan M. Nishimoto (Pro Hac Vice)  
ryan.nishimoto@arnoldporter.com  
Daniel S. Shimell (Pro Hac Vice)  
daniel.shimell@arnoldporter.com  
**ARNOLD & PORTER KAYE SCHOLER LLP**  
777 South Figueroa Street, 44th Floor  
Los Angeles, CA 90017  
Telephone: (213) 243-4000  
Facsimile: (213) 243-4199

*Attorney for Defendants*

*Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, prior to filing this joint notice, counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint notice.

*/s/ Benjamin T. Wang*
Benjamin T. Wang

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on October 2, 2025.

*/s/ Benjamin T. Wang*
Benjamin T. Wang
