## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CERENCE OPERATING COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:24-CV-00181-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| *and* SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

### ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 108**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that all unreached deadlines in this case are stayed until November 20, 2025, during which time the appropriate dismissal papers are to be filed with the Court.

**SIGNED this 5th day of October, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE